UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:25-cv-00555-GAP-UAM

Global Weather Productions LLC,

       Plaintiff,

       v.

Hanes Environmental LLC,

       Defendant.

_____/

**PLAINTIFF'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes,

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.

    ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

c. Is the filer an insurer?

☒ No.

d. Is the filer a legal representative?

☒ No.

e. Has the filer identified any corporation?

☒ No.

f. Has the filer identified any natural person?

☒ No.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☒ No.

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒ No.

5. Is this a bankruptcy action?

   ☒ No.

6. Is this a criminal case?

   ☒ No.

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

DATED: April 8, 2025

**SANDERS LAW GROUP**

By: */s/ Marian V. Quintero*
Marian V. Quintero, Esq.
Florida Bar No. 1040194
Craig B. Sanders, Esq.
Florida Bar No.: 0985686
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: mquintero@sanderslaw.group

Email: csanders@sanderslaw.group

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on April 8, 2025, a true copy of the foregoing document was served on all parties via CM/ECF.

By: */s/ Marian V. Quintero*
Marian V. Quintero