UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 6:25-cv-00555-GAP

Global Weather Productions LLC,

    Plaintiff,

    v.

Hanes Environmental LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) with each party to bear its respective attorney's fees and costs.

Dated: July 7, 2025

                                    **SANDERS LAW GROUP**

                                    By: _/s/ Marian V. Quintero_
                                    Marian V. Quintero, Esq.
                                    Florida Bar No. 1040194
                                    Email: mquintero@sanderslaw.group
                                    Craig Sanders, Esq.
                                    Florida Bar No. 985786
                                    Email: csanders@sanderslaw.group
                                    333 Earle Ovington Blvd, Suite 402

Uniondale, NY 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*